**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-3430
_____

NAVA LANIADO,
                              Appellant

v.

CERTIFIED CREDIT & COLLECTION BUREAU
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.N.J. No. 3-14-cv-02798)
Honorable Peter G. Sheridan, District Judge

_____

ORDER AMENDING OPINION

Pursuant to 3rd Cir. I.O.P. 5.4, counsel are to be listed on not precedential opinions if the case was argued.  The above captioned appeal was argued on May 11, 2017, but the opinion which was filed on August 29, 2017 omitted the listing of counsel.  Accordingly, it is hereby ordered that an amended opinion will be issued listing counsel for the parties. As this amendment is clerical in nature, the filing date of the opinion will not be changed.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated:  August 30, 2017
CJG/JK/cc:    All Counsel of Record